No. 1020. GIANNAKOUROS ET AL. *v.* ORIENTAL TANKER CORP., S. A., ET AL. C. A. 4th Cir. Certiorari denied. *Donald S. Sherwood* for petitioners. *Walter B. Martin, Jr.,* for respondents.

No. 922. SIOPES *v.* UNITED STATES. Ct. Cl. Motion to dispense with printing petition for writ of certiorari granted. Certiorari denied. Petitioner *pro se. Solicitor General Cox* for the United States.

No. 941. STEWART, TRUSTEE *v.* PHOENIX TITLE & TRUST Co. C. A. 9th Cir. Motion to dispense with printing petition for writ of certiorari granted. Certiorari denied. *David W. Richter* for petitioner. *J. Mercer Johnson* for respondent.

No. 899. MURPHY OIL CORP. *v.* UNITED STATES. C. A. 8th Cir. Motions of Ashland Oil & Refining Co. and Richard A. Freling for leave to file briefs, as *amici curiae,* granted. Certiorari denied. *Vester T. Hughes, Jr., J. A. O'Connor, Jr.,* and *William J. Wynne* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer, Melva M. Graney* and *Thomas L. Stapleton* for the United States. *Richard A. Freling, pro se; W. M. Sutton* for Shamrock Oil & Gas Corp.; and *Fred M. Vinson, Jr.,* and *James A. Anderson III* for Ashland Oil & Refining Co., as *amici curiae,* in support of the petition.

No. 914. KOTULA, DBA ALBANY MOTOR SALES *v.* FORD MOTOR Co. C. A. 8th Cir. Certiorari denied. MR. JUSTICE BLACK is of the opinion that certiorari should be granted. *Wayne G. Popham* for petitioner. *Michael J. Doherty* and *Francis D. Butler* for respondent.